**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 5-30-2024

The settlement conference in this matter currently scheduled for June 3, 2024 is adjourned sine die. The parties are directed to submit a status update indicating if a settlement has been finalized by no later than July 1, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN E. SMITH**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1106
stevsmit@law.nyc.gov

May 30, 2024

**VIA ECF**
Hon. Valerie M. Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

    Re:    *Brown et al. v. City of New York*
            1:23-cv-8336 (JMF)

Dear Magistrate Judge Figueredo:

       I write on behalf of all parties to respectfully request that the Court adjourn the settlement conference scheduled for June 3, 2024 because the parties in this case have reached a settlement in principle. I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing the Defendant in the above-referenced action.

       On behalf of all parties, we respectfully ask this Court to adjourn the settlement conference currently scheduled June 3, 2024 (ECF No. 35) to July 1 or July 2, 2024 because the parties have agreed to a settlement in principle and require time to finalize the agreement. This is the first such request by the parties and should not impact any current or future deadlines.

       Thank you for your consideration and attention to this matter.

                                          Respectfully submitted,

                                          *[signature]*

                                          Steven E. Smith
                                          Assistant Corporation Counsel

cc:    All Counsel of Record (via ECF)