UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STEPHANIE BROWN et al., :
:
Plaintiffs, :
: 23-CV-8336 (JMF)
-v- :
: ORDER
CITY OF NEW YORK, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 31, 2024 Order, ECF No. 39, the parties were required to file a copy of their settlement agreement and a joint letter, the contents of which are described therein, by June 19, 2024, or a signed consent form to proceed before Magistrate Judge Figueredo for all purposes by the same date. To date, the parties have not made any such filing. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 25, 2024**. No further extensions will be granted absent extenuating circumstances.

      SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                      JESSE M. FURMAN
                                                    United States District Judge